IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES DION PALMER,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>GOVERNOR OF ALASKA, *et al.*,<br><br>　　　　　　Respondents. | No. 3:20-cv-00138-JKS<br><br>ORDER<br>[Re: Notice to the Court at Docket No. 4<br>and Entry of Final Judgment] |

　　　　This Court dismissed the *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 ("Petition"), Docket No. 1, filed by James Dion Palmer. Docket No. 3 ("Order"). As the Court explained in its Order, neither the Petition nor the records of the Alaska state courts indicated that Palmer had ever suffered a conviction within this State. *Id.* Rather, the Offender Locator database of the Virginia Department of Corrections, https://vadoc.virginia.gov/general-public/offender- locator/, Offender I.D.# 1136645, reflects that Palmer is in the custody of the Virginia Department of Corrections and incarcerated at the Greensville Correctional Center in Jarratt, Virginia, with a projected release date of July 23, 2020.

　　　　The Court granted Palmer an opportunity to file a First Amended Petition that: 1) identifies a judgment of conviction in the Alaska state courts; 2) names the proper Respondents; and 3) asserts in sufficient detail only those claims that have been fully exhausted in the Alaska state courts through presentation all the way to the Alaska Supreme Court. In

-1-

response, Palmer filed a Notice to the Court again challenging his conviction in the Virginia state courts. Palmer provides no facts establishing that he is in custody on a conviction in Alaska, or that he has ever been convicted in a court of this State.

**IT IS THEREFORE ORDERED THAT** the Clerk of Court is respectfully directed to close this case and enter final judgment against Palmer.

**IT IS FURTHER ORDERED THAT** the Court declines to issue a Certificate of Appealability. *See* 28 U.S.C. § 2253(c); *Banks v. Dretke*, 540 U.S. 668, 705 (2004) ("To obtain a certificate of appealability, a prisoner must 'demonstrat[e] that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further.'" (quoting *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003))). Any further request for a Certificate of Appealability must be addressed to the Ninth Circuit Court of Appeals. *See* FED. R. APP. P. 22(b); 9TH CIR. R. 22-1.

Dated at Anchorage, Alaska this 3rd day of August, 2020.

s/James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
Senior United States District Judge
